## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

SHANNON L.L.,                                        §
      PLAINTIFF,                              §
                                                    §
V.                                                   §       CASE NO. 3:23-CV-1177-D
                                                    §
COMMISSIONER OF THE SOCIAL                           §
SECURITY ADMINISTRATION,                             §
      DEFENDANT.                              §

## ORDER

United States Magistrate Judge Renée Harris Toliver made findings, conclusions, and a recommendation in this case.   No objections were filed.   The undersigned district judge reviewed the proposed findings, conclusions, and recommendation for plain error.   Finding none, the court adopts the findings, conclusions and recommendation of the united States Magistrate Judge.

**SO ORDERED**.

August 28, 2024.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE